**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | |
|---|---|
| State of Texas,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. Department of Justice, et al.,<br><br>*Defendants*,<br><br>and<br><br>City of Baltimore, MD; City of Columbus, OH; City of New Haven, CT; and Centro Legal de la Raza,<br><br>*Movant-Intervenors*. | Case No. 7:26-cv-00070-O |

# NOTICE OF APPEAL

Movant-Intervenors the City of Baltimore, Maryland; City of Columbus, Ohio; City of New Haven, Connecticut; and Centro Legal de La Raza hereby appeal to the United States Court of Appeals for the Fifth Circuit from the order and final judgment entered on June 22, 2026 [ECF No. 5], and from the order denying the motion to intervene entered on August 21, 2026 [ECF No. 23].

August 21, 2026

Respectfully submitted,

*/s/ Simon C. Brewer*

Simon C. Brewer (D.C. Bar 90042403)*
Ally Scher (D.C. Bar 1616379)*
Joshua M. Salzman (D.C. Bar 982239)*
Paul R.Q. Wolfson (D.C. Bar 414759)†
Brian D. Netter (D.C. Bar 979362)*

Andrés Correa (Tex. Bar 24076330)
Yaman Desai (Tex. Bar 24101695)
Lynn Pinker Hurst & Schwegmann
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201

acorrea@lynnllp.com
ydesai@lynnllp.com
(214) 292-3639

Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
sbrewer@democracyforward.org
ascher@democracyforward.org
jsalzman@democracyforward.org
pwolfson@democracyforward.org
bnetter@democracyforward.org
(202) 448-9090

*Counsel for Movant-Intervenors City of Baltimore, MD; City of Columbus, OH; City of New Haven, CT; and Centro Legal de la Raza*

* Admitted pro hac vice.
† Motion for admission pro hac vice forthcoming.