# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 16, 2026

Ms. Anna Louise Edwards
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Mr. Kyle Tebo
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548

No. 26-10794 State of Texas v. USA
USDC No. 7:26-CV-70

Dear Counsel:

The court has directed that the United States file a response to the Appellants' motion for stay pending appeal and for summary reversal by the end of the day on Wednesday, September 23, 2026. The State of Texas's response is to be filed no later than September 21, 2026 as planned.

Sincerely,

LYLE W. CAYCE, Clerk

By: Lisa E. Ferrara
Lisa E. Ferrara, Deputy Clerk
504-310-7675

cc:
Mr. Simon Christopher Brewer
Mr. Brian D. Netter
Mr. Joshua Marc Salzman
Ms. Allyson R. Scher