# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**


September 29, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-10794 State of Texas v. USA
USDC No. 7:26-CV-70

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: Lisa E. Ferrara
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Mr. Simon Christopher Brewer
Ms. Anna Louise Edwards
Mr. Brian D. Netter
Mr. Joshua Marc Salzman
Ms. Allyson R. Scher
Mr. Kyle Tebo