# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 29, 2026
Lyle W. Cayce
Clerk

No. 26-10794

State of Texas,

*Plaintiff—Appellee*,

*versus*

United States of America; Todd Wallace Blanche, *U.S. Attorney General*; Sirce Owen, *Acting Director of Executive Office for Immigration Review*,

*Defendants—Appellees*,

*versus*

City of Baltimore, *MD*; City of Columbus, Ohio; City of New Haven, CT; Centro Legal de la Raza,

*Movants—Appellants*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:26-CV-70

UNPUBLISHED ORDER

Before Stewart, Richman, and Haynes, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellants' motion to stay the consent judgment pending appeal is DENIED.

IT IS FURTHER ORDERED that Appellants' motion to summarily reverse the denial of intervention is DENIED.